# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2022 KW 0532

VERSUS

LANDEN K. ESNEAULT                                        **MAY 17, 2022**

---

In Re:    Landen  K.  Esneault,  applying  for  supervisory  writs,
          19th  Judicial  District  Court,  Parish  of  East  Baton
          Rouge, No. 08-17-0739.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED.**

                         **JMM**
                         **WIL**
                         **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT